IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | Cr. No. 05-434M (AK) |
| v. | ) | |
| | ) | |
| ERIK J. GINYARD, | ) | |
| | ) | |
| Defendant. | ) | |

**FILED**
SEP 1 3 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of defendant's Motion for Transfer, it is by the Court hereby

**ORDERED** that Mr. Ginyard shall be transferred forthwith from the D.C. Jail to the Central Treatment Facility (CTF).

SO ORDERED.

THE HONORABLE ALAN KAY
UNITED STATES DISTRICT JUDGE

DATE: September 12, 2005

Copies to:
Barry Wiegand, AUSA
Lara G. Quint, AFPD