UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO.  05-0484M-01 (CR) |
| **ERIK J. GINYARD,** | : | VIOLATIONS:  18 U.S.C. §922(g)(1) |
| **Defendant.** | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year); |
| | : | 22 D.C.C. §402 |
| | : | (Assault With A Dangerous Weapon); |
| | : | 22 D.C.C. §4504(b) |
| | : | (Possession of a Firearm During the |
| | : | Commission of a Crime of Violence or |
| | : | Dangerous Offense) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about August 28, 2005, within the District of Columbia, **ERIK J. GINYARD**, having

been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C.

Superior Court Criminal Case Nos. F8583-97 and F9115-97, did unlawfully and knowingly receive

and possess a firearm, that is, a Springfield .45 caliber pistol, and did unlawfully and knowingly

receive and possess ammunition, that is, .45 caliber ammunition, which had been possessed, shipped

and transported in and affecting interstate and foreign commerce.

> (**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime
> Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18,
> United States Code, Section 922(g)(1))

## COUNT TWO

On or about August 28, 2005, within the District of Columbia, **ERIK J. GINYARD**,

assaulted a person whose identity is unknown to the Grand Jury, with a dangerous weapon, that is,

a pistol.

(**Assault with A Dangerous Weapon**, in violation of Title 22, District of Columbia Code,
Section 402)

## COUNT THREE

On or about August 28, 2005, within the District of Columbia, **ERIK J. GINYARD**, did

possess a firearm, that is a Springfield .45 caliber pistol, or imitation thereof, while committing the

crime of Assault with a Dangerous Weapon, as set forth in Count Two of this indictment.

(**Possession of a Firearm During the Commission of a Crime of Violence or Dangerous
Offense**, in violation of Title 22, District of Columbia Code, Section 4504(b))


A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia