UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Cr. No.: 05-360 HHK) |
| | : | |
| v. | : | |
| | : | |
| **ERIC GINYARD** | : | |

## NOTICE OF FILING

    The government requests that the attached letter dated November 17, 2005 and the attachments thereto, be made part of the record in this case.

                                      Respectfully Submitted,

                                      KENNETH L. WAINSTEIN
                                    United States Attorney

                    By: _____
                                    Michael Harvey
                                    Assistant United States Attorney
                                    U.S. Attorney's Office
                                    Federal Major Crimes, Bar No.  447-465
                                    Room 4243
                                    Washington, D.C.  20530
                                    (202) 305-2195