IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 05-360 (HHK) |
| v. ) | |
| ) | |
| ERIK J. GINYARD ) | |
| ) | |

## DEFENDANT'S MOTION TO CONTINUE SENTENCING

Defendant Erik Ginyard, through undersigned counsel, respectfully requests this Honorable Court to continue the sentencing hearing currently scheduled for May 26, 2006 at 2:00 p.m. In support of his motion, Mr. Ginyard submits as follows:

Undersigned counsel will be traveling in conjunction with an out-of-town conference on Friday, May 26th. She will be back in the office on Monday, June 5, 2006. With the exception of the morning of June 5th, counsel is available for sentencing any time that week. At the time that the sentencing in the above-captioned case was scheduled, undersigned counsel had not made her travel plans.

Counsel has consulted with Mr. Ginyard, and he understands that he will be detained pending any new sentencing date.

Wherefore, Mr. Ginyard respectfully requests this Honorable Court to vacate the sentencing date scheduled in this case and continue sentencing until after June 5, 2006.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Lara G. Quint

Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004
(202) 208-7500