IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 05-360 (HHK) |
| v. | ) | |
| | ) | |
| ERIK J. GINYARD | ) | |
| | ) | |

## ORDER

_____Upon consideration of defendant's Motion to Continue, it is by the Court hereby

**ORDERED** that the sentencing hearing scheduled for May 26, 2006 is VACATED and that sentencing is continued until _____, 2006.

SO ORDERED.

_____
THE HONORABLE HENRY H. KENNEDY
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
G. Michael Harvey, AUSA
Lara G. Quint, AFPD