IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** ) | | |
| ) | No. 05-360 (HHK) | |
| **v.** ) | | |
| ) | | |
| **ERIK J. GINYARD** ) | | |
| ) | | |

## DEFENDANT'S MOTION TO CONTINUE SENTENCING

Defendant Erik Ginyard, through undersigned counsel, respectfully requests this Honorable Court to continue the sentencing hearing currently scheduled for June 13, 2006 at 2:00 p.m. In support of his motion, Mr. Ginyard submits as follows:

Undersigned counsel filed a motion to continue sentencing on a previous occasion in light of work travel that had been scheduled several months in advance. The Court granted the first motion to continue sentencing and re-set the sentencing for June 13 at 2:00 p.m.

On June 13 at 2:00 p.m., counsel is scheduled to be before Chief Judge Hogan for a hearing that was scheduled in March. Counsel is one of three defense attorneys on the case before Judge Hogan, but the only one who can communicate with the client in his native language, Spanish. The hearing is likely to be a lengthy hearing, in light of the number of pre-trial issues that must be resolved and the delay for interpretation. At 3:00 p.m. counsel has a plea scheduled before Judge Collyer.

In addition, counsel is still awaiting criminal history information that will hopefully assist her in the drafting of a sentencing memorandum.

For the reasons set forth above, counsel requests a brief continuance of the sentencing hearing scheduled in this case. Counsel is available the afternoon of June 19th, any time after

11:00 a.m. on June 21st,, the afternoon of June 22nd and any time on June 23rd.

Counsel has consulted with Mr. Ginyard, and he understands that he will be detained pending any new sentencing date.

Wherefore, Mr. Ginyard respectfully requests this Honorable Court to vacate the sentencing date scheduled in this case and continue sentencing.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Lara G. Quint
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C.  20004
(202)  208-7500