IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | No. 05-360 (HHK) |
| **v.** ) | |
| ) | |
| **ERIK J. GINYARD** ) | |
| _____) | |

## ORDER

_____Upon consideration of defendant's Motion to Continue, it is by the Court hereby

**ORDERED** that the sentencing hearing scheduled for June 13, 2006 is VACATED and that sentencing is continued until _____, 2006.

SO ORDERED.

_____
THE HONORABLE HENRY H. KENNEDY
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
G. Michael Harvey, AUSA
Lara G. Quint, AFPD