**HONORABLE HENRY H. KENNEDY, JR., UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>05-CR-360</u> |
| | : | |
| vs. | : | SSN: |
| | : | |
| GINYARD, Erik | : | Disclosure Date: <u>April 19, 2006</u> |

**FILED**
JUN 19 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>**RECEIPT AND ACKNOWLEDGMENT OF
PRESENTENCE INVESTIGATION REPORT**</u>

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
    ( ) There are no material/factual inaccuracies therein.
    (X) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____       _5/3/06_____
**Prosecuting Attorney**      **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)
    ( ) There are no material/factual inaccuracies therein.
    ( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  _____  _____  _____
**Defendant**      **Date**      **Defense Counsel**      **Date**

<u>**NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM**</u>

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>May 03, 2006</u>, to U.S. Probation Officer <u>Michael Penders</u>, telephone number <u>(202) 565-1379</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:    Richard A. Houck, Jr., Chief
        United States Probation Officer

**Receipt and Acknowledgment**                                         Page 2

The Defendant's 11/17/98 conviction for AWIK while Armed is not related to his 6/5/98 conviction for CDW/Robbery. The offenses occurred on different days, with different victims, and were sentenced independently on different days. Accordingly, the AWIK while Armed conviction should receive the full 3 criminal history points under § 4A1.1(a).

Signed by: _____
(Defendant/Defense Attorney/AUSA)

Date: May 3rd, 2006