05/02/06  08:10 FAX 202 208 7515     Federal Public Defender                 ☒002/004

HONORABLE HENRY H. KENNEDY, JR., UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**JUN 1 9 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : Docket No.: 05-CR-360 |
|---|---|
| vs. | : SSN: |
| GINYARD, Erik | : Disclosure Date: April 19, 2006 |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
( )  There are no material/factual inaccuracies therein.
( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____        _____
Prosecuting Attorney                                              Date

**For the Defendant**

(CHECK APPROPRIATE BOX)
(✓)  There are no material/factual inaccuracies therein.
( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_Erik Ginyard_   6/19/06        _[signature]_   5/1/06
**Defendant**         Date          **Defense Counsel**   Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **May 03, 2006**, to U.S. Probation Officer **Michael Penders**, telephone number **(202) 565-1379**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:  Richard A. Houck, Jr., Chief
      United States Probation Officer

05/02/06  08:10 FAX 202 208 7515      Federal Public Defender                    ☒003/004

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20004

A. J. KRAMER
*Federal Public Defender*

Telephone (202) 208-7500
FAX (202) 208-7515

May 1, 2006

Michael Penders
United States Probation Officer
3rd and Constitution Avenue, N.W.
Washington, DC 20001

    **Re: United States v. Erik Ginyard (CR 05-360)**

Dear Mr. Penders:

  Below please find the Defendant's Objections and Comments to the pre-sentence report, prepared in the above indicated case and dated April 19, 2006.

## Objections and Comments

  1. Defendant objects to the wording in paragraph 41, page 10. Specifically, he objects to the phrase "Mr. Ginyard minimized his use of alcohol." The report sets forth no reason, nor is counsel aware of any reason whatsoever, to indicate that Defendant was being untruthful regarding his consumption of alcohol. Defendant submits that, as far as the first sentence is concerned, it would be sufficient to state that Mr. Ginyard stated that "he drank the equivalent of two to three glasses of cognac every other day."

  2. Defendant objects to the statement, contained in paragraph 42, page 10, that he believes it is only "moderately" important that he receive drug treatment. Defendant submits that he merely stated that his use of marijuana was "social."

  Thank you for your consideration in this matter. Please feel free to call me if there are any details that we need to discuss.

            Very truly yours,

            Lara G. Quint
            Assistant Federal Public Defender

cc: Gordon Michael Harvey, Esquire
    Assistant United States Attorney
    555 4th Street, N.W.
    Washington, D.C. 20001

05/02/06  08:10 FAX 202 208 7515          Federal Public Defender                    ☒001/004

# Federal Public Defender
District of Columbia
625 Indiana Avenue., N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500 Fax: (202) 208-7515

# FAX COVER SHEET

FAX NUMBER TRANSMITTED TO: (202) 273 0193

To: Michael Ponders

Of: _____

From: Cara Quint

Client/Matter: _____

Date: 5/2/06

* NOT COUNTING COVER SHEET. IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE US IMMEDIATELY AT: (202) 208-7500

### CONFIDENTIALITY NOTE

The documents accompanying this telefax contain information from FEDERAL PUBLIC DEFENDER, DISTRICT OF COLUMBIA, which is confidential and privileged. The information is intended for use by the individual or entity named on this transmission sheet. If you are not the intended recipient, be aware that any copying, disclosure, distribution or use of the contents of this telecopied information is prohibited. If you have received this telecopy in error, please notify us by telephone immediately so that we can arrange for retrieval of the original documents at no cost to you.